UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| BROCK BERNARD | DOCKET NO. 2:19-cv-14036 |
|---|---|
| VERSUS | SECTION G | DIVISION 4 |
| ARCHER-DANIELS-MIDLAND COMPANY | JUDGE BROWN |
| | MAGISTRATE ROBY |

**JOINT STATUS REPORT**

NOW INTO COURT, through undersigned counsel, comes Archer-Daniels-Midland Company d/b/a ADM Grain Company ("ADM"), and Plaintiff, Brock Bernard, who present the following Joint Status Report pursuant to this Honorable Court's Scheduling Order as follows:

**1.    A Listing of All the Parties and Counsel for Represent the Parties:**

*Counsel for ADM:*

DAVID M. FLOTTE, T.A. (#1364)
MARCELLE P. MOULEDOUX (#30339)
KEVIN M. FREY (#35133)
AUSTIN S. GLASCOE (#38236)
SALLEY, HITE, MERCER & RESOR, L.L.C.
365 Canal Street, Suite 1710
New Orleans, Louisiana 70130
Tel.:    (504) 566-8800
Fax:    (504) 566-8828
dflotte@shmrlaw.com
mmouledoux@shmrlaw.com
kfrey@shmrlaw.com
aglascoe@shmrlaw.com

*Counsel for Brock Bernard:*

TIMOTHY J. YOUNG (22677)
TAMMY D. HARRIS (29896)
MEGAN C. MISKO (29803)
JOSEPH B. MARINO, III (29966)
THE YOUNG FIRM
400 Poydras Street, Suite 2090
New Orleans, LA 70130
Telephone: (504) 680-4100
Facsimile: (504) 680-4101
TIY@theyoungfirm.com
TDH@theyoungfirm.com
MCM@theyoungtirm.com
JBM@theyoungfirm.com

**2.  A Listing of Any Motions Pending for Decision**

None.

**3.  Relevant Dates and Trial Information**

This matter is set for trial on March 29, 2021 with the Final Pretrial Conference set for March 10, 2021.  This is a jury case and trial is expected to last five days.

**4.  Brief Description of Factual and Legal Issues**

This matter is an action instituted by Brock Bernard for alleged personal injuries against the ADM.  Brock Bernard alleges he was employed by ADM as a Jones Act Seaman aboard the GEMINI barge. On or about October 17, 2018, Brock Bernard asserts he experienced an accident which resulted in serious painful injuries to his left hand while working as a maintenance mechanic aboard the GEMINI barge. Specifically, Brock Bernard suffered a severe crush injury to his left little finger which was thereafter surgically amputated. Mr. Bernard's left little finger was crushed by a descending clamshell crane bucket on the GEMINI. Brock Bernard alleges that the above-described accident was caused by the negligence of ADM. Brock Bernard further asserts that the GEMINI barge was unseaworthy.

Defendant ADM asserts that Brock Bernard's alleged injuries and damages were not sustained as a result of any fault, neglect, or want of due care on the part of ADM, nor unseaworthiness of the GEMINI barge, nor of anyone for whose conduct ADM is in any way responsible, nor were such alleged injuries or damages caused by any other condition of the GEMINI but solely through the fault, neglect, and want of due care on the part of Brock Bernard.

ADM alleges that Brock Bernard is solely at fault for the alleged accident by failing to use reasonable care in performing his duties, failing to keep his left pinky finger from pinch points, placing himself unnecessarily in a position of danger, and being inattentive to a potential danger. ADM further asserts that all maintenance and cure has been timely paid to Brock Bernard through the date of maximum medical improvement. ADM alleges that Brock Bernard was released to return to work without restriction in January 2019 by his treating hand specialist. ADM further asserts that Brock Bernard thereafter returned to work for ADM until he sustained a non-work-related injury, through no fault of ADM, where he missed additional time from work.

**5.     Discovery**

The parties have exchanged initial disclosures. ADM plans to do written discovery. ADM will also take the deposition Plaintiff Brock Bernard, and any other witnesses that arise through the course of discovery and get details as to his subsequent non-work-related accident.

Brock Bernard plans to do written discovery and intends to take depositions of fact witnesses, health care providers, and any expert witnesses.

**6.     Status of Settlement Negotiations**

There have been no settlement discussions among Brock Bernard and ADM to date, as it is premature at this time.

Respectfully submitted:

SALLEY, HITE, MERCER & RESOR, LLC

*/s/ Austin S. Glascoe*
DAVID M. FLOTTE, T.A. (#1364)
MARCELLE P. MOULEDOUX (#30339)
KEVIN M. FREY (#35133)
AUSTIN S. GLASCOE (#38236)
365 Canal Street, Suite 1710
New Orleans, LA 70130
Tel.: (504) 566-8800
Fax: (504) 566-8828
dflotte@shrmlaw.com
mmouledoux@shrmlaw.com
kfrey@shmrlaw.com
aglascoe@shmrlaw.com

*Counsel for Archer-Daniels-Midland Company d/b/a ADM Grain Company*

-and-

*/s/ Joseph B. Marino*
TIMOTHY J. YOUNG (22677)
TAMMY D. HARRIS (29896)
MEGAN C. MISKO (29803)
JOSEPH B. MARINO, III (29966)
THE YOUNG FIRM
400 Poydras Street, Suite 2090
New Orleans, LA 70130
Telephone: (504) 680-4100
Facsimile: (504) 680-4101
TIY@theyoungfirm.com
TDH@theyoungfirm.com
MCM@theyoungtirm.com
JBM@theyoungfirm.com

*Counsel for Brock Bernard*